ORiginal

Imminent Serious physical
Threatening Danger Injuries

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. TREMEL WILLIAMSON PRO-se

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

(Officially-Mount Vernon Police Dept
County of Westchester
(Individual) Police officers Griffin-
2) officer Detective Antonini-officer
Campo/and Sergant Fagan of Mount
Vernon Police Dept et. al; Also City of
Mount Vernon.

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

# 15 CV 5635

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes  ☑ No
(check one)

RECEIVED
JUL 1 4 2015
PRO SE OFFICE

---

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff     Name  MR. TREMEL WILLIAMSON PRO-se
              ID # _____
              Current Institution  Westchester County Jail
              Address  P.O. Box-10/10 Wood Rd
                       Valhalla, New York 10595

B.     List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Detective Antonini     Shield #  111
                   Where Currently Employed  Mount Vernon Police Dept
                   Address  Two Roosevelt SQ 2nd FL.
                            Mount Vernon New York 10550

*Rev. 05/2010*                            1

Defendant No. 2    Name Detective Griffin          Shield # 116
Where Currently Employed Mount Vernon Police Dept
Address Two Roosevelt SQ 2nd fl.
Mount Vernon New york 10550

Defendant No. 3    Name Police officer Campo          Shield # 2003
Where Currently Employed Two Roosevelt SQ 2nd fl.
Address Mount Vernon Police Dept
Mount Vernon, New York 10550

Defendant No. 4    Name Sergant Fagan          Shield # N/A
Where Currently Employed Mount Vernon Police Dept
Address Two Roosevelt SQ 2nd fl
Mount Vernon New York 10550

Defendant No. 5    Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.    In what ███████ did the events giving rise to your claim(s) occur?
Said Incident Occur in Various Location of Mount Vernon New york

B.    Where in the ███████ did the events giving rise to your claim(s) occur?
Location of events was 70 West 3rd Street and inside of my family Apartment

C.    What date and approximate time did the events giving rise to your claim(s) occur?
On January 20th 2015 between the time of 5 45 p.m & 6 30 p.m

D.   Facts: Claimant Seek Relief to be Granted for Excessive
Force Abusive act(s) of Defendant(s) Cause of Action Relief is
Monetary, Compensation, Punitive Damages Past, Present + Future Damage
Adherant + Hazzardus Negligence Gross Malicius Negligence.

**What happened to you?**

"                "               "               "

**Who did what?**

All other fact of Damages Cause of Action and
relief to be Granted is (Enclosed on page 3A + 3B + 3C Attached

**Was anyone else involved?**

SEE ATTACTH PAGES

"                "               "

**Who else saw what happened?**

Only family Members after being brought Inside Said APT/5K
Building - 70 West Third ST.
SEE "ATTACTH" AFFIDAVIT

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Medical Treatment Was Deliberately Denied

Claimant has suffered Emotional Physical Infliction Distress
also being choke and drag by officers Scraps + Bruises
Squeezing of my testicle hard, punching Rib became Bruised
Illegal Cavity Rectum Search Sodimizing Action(s) of Said all
Defendant(s) Excessively Tortured and lost Concious, Dizzyness, Blurry eyesight

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No X_____

*Rev. 05/2010*                    3

## AFFIDAVIT OF Tremel Williamson

NEW YORK STATE            )
                                 )SS
WESTCHESTER COUNTY     )

Comes now, Tremel Williamson, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On January 20, 2015, as your affiant was walking up 3rd street, passing 7th avenue, he entered the walkway of the Fire Station on 3rd street.

2. Your Affiant observed a black Hyundai coming toward him, at full speed.

3. The vehicle stopped directly in front of your Affiant. Detective Antonini exited the vehicle and, without identifying himself, told your Affiant not to move.

4. At that point the alleged detective shackled your Affiant without a valid warrant, breach of the peace, probable cause or your Affiant's consent, in violation of clearly established law.

5. Your Affiant was then abducted and forced into the back seat of the vehicle.

6. Your Affiant was then asked by the alleged Detective, if he had house keys to 70 West 3rd Street.

7. Your Affiant responded, "No!", not knowing who I was talking to, and informed Detective Antonini that he did not live there.

8. After closing the door to the vehicle, the alleged Detectives drove to the back of 70 West 3rd Street.

9. At that point, Detective Antonini attempted to pull down your Affiant's pants, until he seized the keys, without a valid and lawful warrant, in violation of established law.

10. Your Affiant was then informed by Detective Griffin that he had a warrant, although it was never shown to your Affiant.

11. During the ordeal, Detective Griffin got in the back seat of the vehicle and in an intimidating and menacing manner, shined his flashlight in your Affiant's face.

-2-

12. At that point, alleged Officer Campo, badge 2003, in plain clothes, came to the vehicle and informed Detective Griffin that they got into the house, although it was without a valid or lawful warrant or consent from anyone.

13. Your Affiant was then forcibly taken into the building by the alleged officer and detective.

14. While in the lobby of the building, your Affiant observed another officer with a police dog.

15. Upon requesting that the dog be moved because of his fear of them, Officer Campo punched your Affiant in the face and banged his head against the elevator door.

16. Your Affiant felt dizzy and everything seemed blurry momentarily and I lost consciousness from the assault and battery of Officer Campo.

17. When your Affiant was brought into his mother's home, he observed that everyone was handcuffed.

18. At that point, your Affiant was brought to the bathroom and sexually abused by Detective Antonini and Sergent Fagan.

19. After Detective Antonini unbuckled the belt of your Affiant, Sergent Fagan choked him and squeezed his testicles. Then Detective Antonini performed a cavity search, sodomizing your Affiant by puncturing his anus with his finger.

20. Your Affiant screamed due to the excruciating pain being inflicted resulting from the abuse and begged them to stop.

21. Your Affiant's family, became extremely concerned from the screams and demanded to know what was going on. When your Affiant's sister demanded to know what was happening, she was threatened by Sergent Fagan with disorderly conduct.

22. Your Affiant demanded to see the search warrant . However, a search warrant was never presented.

23. Your Affiant was then brought to an unknown place which he later learned was the Mount Vernon Police Department.

24. Your Affiant alleges that the detectives acted under the color of law and outside the law in violation of his unalienable , substantive, and civil rights.

25. Upon arriving at the Mount Vernon Police Department, your Affiant requested medical treatment because of the injuries he sustained from the sexual and excessive abuse.

-3-

26. The officers refused your Affiant's request for medical attention.

27. Your Affiant was not immediately taken before a judicial officer of competent jurisdiction, to determine whether the alleged arrest was lawful or if there was probable cause for the alleged arrest pursuant to clearly established law.

28. At all times, your Affiant did not engage in any conduct having any tendency to cause any act of violence by any reasonable person or person(s) nor did he intend to cause any public inconvenience, annoyance, alarm, or recklessly create a risk, thereof.

30. At all times mention, detectives Antonini and Griffin were not engaged in serving or carrying out any criminal process nor did they have lawful right to engage your Affiant.

31. All of the detectives, at all times related herein, acted wrongly, recklessly,willfully and maliciously and "in concert" with additional state officers showing a callous disregard of, and a deliberate indifference toward your Affiant and rights protected and guaranteed by the Constitution, with the direct intent and sole purpose of injuring, humiliating,vexing,oppressing and causing mental anguish to your Affiant.

32. Your Affiant at all times had a reasonable expectation that defendant(s) would abide by their oath of office and duties not to violate the protection secured in the FEDERAL CONSTITUTION and the NEW YORK STATE CONSTITUTION.

Futher your Affiant say naught.


_____
Signature

_____
4-20-15
Date


The use of notary below is for identification only and such use does not grant any jurisdiction to anyone.


State of New York
County of Westchester


Subscribed and sworn to (or affirmed) before me on this _20_ day of April 2015 by Tremel Williamson, proved to me on the basis of satisfactory evidence to be the natural person who appeared before me.

_____
Notary Public

THOMAS V RUGGI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RU6251407
Qualified in Westchester County
My Commission Expires November 14, 2018

3C

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ N|A _____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know **X**

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No **X**    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No **X**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No **X**

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ N|A (ActioN(s) Was done by Municiple) _____

1.    Which claim(s) in this complaint did you grieve? _____ N|A _____

_____

2.    What was the result, if any? _____ N|A _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____ N|A _____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____ N|A _____
But ClaimanT Was InTerview by ETernal
Affairs Awaiting RePorT

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _AWAITING_
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____ N/A _____
_____
_____
_____
_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). STATEMENT OF Claim To be GRanTed by claimant is MoneTaRy, Punitive, Mental ANGuish CompenSaTion Cause of Action of Defendant was RecklesspRess WanTon InflicTion AdverTanT + HazzaRdous Negligence DeliberaTe IndiffeRence Gross Malicious Excessive Bodily Harm PlainTiff Seeks Damages in Said AmounT
1) Det Antonini AmounT $350,000.00
2) Det GRiffin AmounT $ 750,000.00
3) Police Officer Campo AmounT $500,000.00
4) Sergant FAgan AmounT $1,000,000.00
Also claimant RequesT MoneTaRy Damage foR now NighTmaRes, Mental DisTress, FlAshback in AmounT againsT the CiTy of MounT Vernon N.Y. $200,000.00
and foR OTheR Relief the CounT See Deem and propeR
_____

VI.   **Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No **X**

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N|A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?)   _____
_____
_____

**On other claims**

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____    No **XX**

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N|A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____ N|A _____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of ___July___, 20 15.

Signature of Plaintiff _____ Pro-Se

Inmate Number County I.D - 187575/

Institution Address Westchester County Jail
P.O. Box-1010 Wood Rd.
Valhalla, New York 10595

_____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7th day of ___July___, 20 15 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____ Pro-Se

w

*Only Copie*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR TREMEL WILLIAMSON PRO-Se

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Mount Vernon Police Dept & Det Griffin
& Det Antonini & Officer Campo and
Sergant Tagan and the City of Mount
Vernon N.Y.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

____ Civ. _____ (__) (__)

**AFFIRMATION OF SERVICE**

I, MR Tremel Williamson , declare under penalty of perjury that I have
*(name)*

served a copy of the attached Civil Rights Act 42 U.S.C. 1983 Claim
*(document you are serving)*

Pro-Se Department Rm-230

upon 500 Pearl ST. U.S Southern District Court whose address is Caporate
*(name of person served)*

Counsel City of Mount Vernon one Roosevelt Sq. City Hall 10550
*(where you served document)*

by United States Postal Mail First Class
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: ▮▮▮ Valhalla N.Y.
*(town/city)*      *(state)*

July      7th, 2015
*(month)*   *(day)* *(year)*

Tremel Williamson
*Signature*

Valhalla County Jail P.o. Box 10
*Address*

Valhalla NY
*City, State*

10595
*Zip Code*

914-231-1000
*Telephone Number*

*Rev. 05/2007*

To: The U.S. United State Southern District
Courthouse Pro-Se Dept-Rm-230

Re: Claimant- Termel Williamson #187575
July 7th 2015                    Request

To Whom It may Concern
        I hereby briefly submits this brief Message that
behind Waiting for my STAR Witness Affidavit Which
Will be mailed out when Recieved back after Notarized
        That is The only one page Missing I will foward
As soon as I, Recieve Thank you
                Respectfully Submitted
                                                                Pro-Se
                / Claimant            Signature

