Tremel Williamson
Din# 15A3930
Ulster Correctional Fac.
P.O. BOX 800
Napanoch, NY 12458



United States District Court
Chambers Of
Paul E. Davison
United States Magistrate Judge
The Charles L. Brieant, JR
Federal Building And United States Courthouse
300 Quarropas St.
White Plains, New York 10601

9/13/2016

ORDER

7:15-cv-05635-VB-PED

Settlement Letter

Docket in case # 15 cv/CR 5635
As: Letter
Date: 9/16/16                PED/USMJ

RE: Settlement Letter

Dear Mr. Paul E. Davison

I am writting this letter in regard of our conversation on 9/13/2016 over the phone court call out. The injuries your affiant sustained and suffered from is Emotional Physical Infliction Distress also being choke by officers squeezing my Testicle hard punching rib Illegal Cavity Rectum search Sodimizing Excessively Tortured and lost Concious, Dizzyness, and Blurry eyesight. At this moment I'm willing to settle the highest is $250,000.00 the lowest will be at $185,000.00 thousand dollars. I believe that is fare amount with this case if the defendants attorney have any offers she can contact me or arrange a settlement meeting. Thank you for your time and consideration as I patiently wait for your correspondence.

_____        9/13/2016
SIGNATURE                       DATE

Sworn to and subscribed
13th before me this
__ day of September, 20 16

_____
NOTARY PUBLIC

