Andrew C. Quinn [ACQ-4059]
The Quinn Law Firm, PLLC
Counsel to Defendants
399 Knollwood Road, Suite 220
White Plains, New York 10603
Tel: (914) 997-0555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Tremel Williamson,  :  Docket No. 15 Civ. 5635 (VB)

                Plaintiff,  :

  -against-  :

POLICE OFFICER GRIFFIN, OFFICER  :  **NOTICE OF MOTION FOR**
DETECTIVE ANTONINI, OFFICER CAMPO,     **SUMMARY JUDGMENT**
and SERGEANT FAGAN JOHNSON.,  :

              Defendants.  :
-----------------------------------------------------------X

TO:   TREMEL WILLIAMSON
        PLAINTIFF, *pro se*
        15A3930, Fishkill Correctional Facility
        P.O. Box 1245
        Beacon, NY 12508

PLEASE TAKE NOTICE that upon (i) the annexed statement of undisputed material facts pursuant to Local Rule 56.1, dated January 3, 2017; (ii) the annexed declaration of Andrew C. Quinn, dated January 3, 2017, and the exhibits annexed thereto; (iii) the accompanying memorandum of law dated January 3, 2017; and (iv) all the prior proceedings herein, defendants Sergeant Sean Fegan, Detective Camilo Antonini, Detective Wendell Griffin, and Police Officer Joseph Campo (collectively, the "Defendants"), by their undersigned attorneys, will move this Court, before the Hon. Vincent Briccetti, on such a date as may be determined, for an Order,

1

pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to the Defendants and dismissing Plaintiff's amended complaint with prejudice, and for such other, different, and further relief as the Court, in its discretion, may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule adopted by this Court, opposition to this motion must be filed on or before February 3, 2017, and reply papers must be served on or before February 17, 2017.

Dated: White Plains, New York
January 3, 2017

                                        Respectfully submitted,

                                        The Quinn Law Firm
                                        Attorneys for Defendants

                                        By: Andrew C. Quinn
                                        399 Knollwood Road, Suite 220
                                        White Plains, NY 10603
                                        (914) 997-0555